UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BRICKLAYERS' UNION LOCAL NO. 1, )
et al., )
 )
        Plaintiffs, )
 )
   vs. ) No. 4:07-CV-1469 (CEJ)
 )
DIETRICH MASONRY, LLC, )
 )
        Defendant. )

**MEMORANDUM AND ORDER**

    This matter is before the Court on plaintiffs' motion for default judgment against defendant Dietrich Masonry, LLC, pursuant to Rule 55(b)(2). Plaintiffs have submitted affidavits and documents in support of their motion. However, these materials do not contain support for the plaintiffs' request for liquidated damages in the amount of $7,043.18 in liquidated damages. Rather than deny the request, the Court will allow the plaintiffs to submit materials to supplement their motion.

    Accordingly,

    **IT IS HEREBY ORDERED** that plaintiffs shall have until **December 21, 2007**, to supplement their motion for default judgment by submitting such affidavits and documents as may be necessary to support their request for liquidated damages.

                                            CAROL E. JACKSON
                                            UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2007.